UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-CV-80801-BER

SHAMAR S. SCOTT,

Plaintiff,

vs.

GEO SOUTHBAY CORRECTIONAL FACILITY,

Defendant.

_______________________________________/

**REPORT AND RECOMMENDATION ON ORDER TO SHOW CAUSE [ECF No. 10]**

On June 3, 2026, *pro se* Plaintiff Shamar Scott filed a Complaint for actions that occurred during his incarceration. ECF No. 1. The case was transferred to the Southern District of Florida. ECF No. 5. I ordered Mr. Scott to show cause by August 18, 2026, why the case should not be dismissed for not paying the filing fee nor moving to proceed *in forma pauperis*. ECF No. 10. To date, Mr. Scott has not responded.

Therefore, I ORDER the Clerk of the Court to randomly assign a District Judge to preside over this matter, and I RECOMMEND to the District Judge that the case is dismissed without prejudice for failure to comply with the Order. Fed. R. Civ. P. 41(b); *see Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("While dismissal is an extraordinary remedy, dismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion."); *State Exchange Bank v. Hartline*, 693 F.2d 1350, 1352 (11th Cir. 1982) ("The Federal Rules expressly

authorize a district court to dismiss a claim, including a counterclaim, or entire action for failure to prosecute or obey a court order or federal rule.”).

**REPORT AND RECOMMENDATION**

Accordingly, this Court **RECOMMENDS** that the District Court dismiss the case without prejudice.

**NOTICE OF RIGHT TO OBJECT**

A party shall serve and file written objections, if any, to this Report and Recommendation with the United States District Court Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court’s order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 21st day of August 2026.

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE