**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 9:26-cv-80801-EA**

**Shamar S. Scott,**

Plaintiff.

**Geo Southbay Correctional Facility,**

Defendant.
_________________________________/

## ORDER AFFIRMING REPORT AND RECOMMENDATION

THIS CAUSE came before the Court on the Court's Order to Show Cause [ECF No. 10] and Magistrate Judge Bruce E. Reinhart's Report and Recommendation (the "Report"). [ECF No. 13]. Being fully advised, it is **ORDERED AND ADJUDGED** that,

1. The Report **[ECF No. 13]** is **AFFIRMED.**
2. This Complaint **[ECF No. 1]** is **DISMISSED WITHOUT PREJUDICE.**
3. The Clerk of Court is instructed to **CLOSE THIS CASE**, all deadlines are **TERMINATED**, and all pending motions are **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 21st day of September 2026.

**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

Copies Served:
**Shamar S. Scott**
141 West 139th Street
Apt. D44
New York, Ny 10030

646-316-1314
Email: scottshmar@gmail.com
PRO SE